**Tony DAM, Appellant,**

v.

**GRACO, INC.; Jim Badzinski, Manager, Appellees.**

No. 10–2737.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 18, 2011.

Filed: Jan. 19, 2011.

Tony Dam, St. Paul, MN, pro se.

Sarah E. Crippen, Alison L. Olig, Sarah E. Ruter, Best & Flanagan, Minneapolis, MN, for Appellees.

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Tony Dam appeals the district court's [1] adverse grant of summary judgment in his employment-discrimination action against his former employer Graco, Inc. (Graco). After careful de novo review, *see Murphy v. Mo. Dep't of Corr.*, 372 F.3d 979, 982 (8th Cir.2004), this court concludes that summary judgment was properly granted. Even assuming Dam made a prima facie case of discrimination, Graco presented a valid, non-discriminatory reason for his termination—poor job performance that did not improve—and Dam failed to present a triable issue of fact on whether that reason was a pretext for discrimination.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minne-

*See Richmond v. Bd. of Regents of the Univ. of Minn.*, 957 F.2d 595, 598 (8th Cir.1992) (poor job performance is valid, non-discriminatory reason for termination; defendants produced documentation that plaintiff's performance was unsatisfactory, plaintiff ignored progressive warnings, and performance did not improve).

This court affirms. *See* 8th Cir. R. 47B.